JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| Case No. | CV 21-5555-GW-AS | Date | September 19, 2024 |
|---|---|---|---|
| Title | *Roderick Washington v. Jackey Lacey, et al.* | Page | 1 of 1 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – COURT ORDER**

On August 2, 2024, this action was reopened at Plaintiff's request to allow him to pay the required filing fees. *See* Docket No. 18. Plaintiff was given 45 days to make such payment. *Id.* Plaintiff did not made any payment within the designated time period. Hence, the case is again closed.

cc: MJ AS

CV-90    CIVIL MINUTES—GENERAL    Initials of Deputy Clerk JG